UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:  Case Number: 13-03420-MAM-13
John Vann
Theresa Franks
    Debtor(s)

## ORDER DISMISSING CHAPTER 13 CASE

This matter is before the Court upon Debtor's failure to comply with Consent Order.

The Court finds the case should be dismissed. It is ORDERED that:

1. The bankruptcy case is dismissed.

2. All creditors are to be notified of the dismissal by service upon them by a copy of this order.

3. If any filing fees or court costs remain unpaid, the Court retains jurisdiction to collect them.

4. The Debtor is enjoined from filing another bankruptcy case under the provisions of the Bankruptcy Code in this court for a period of 90 days from the date of this order.

DATED: 2/4/2015

                                       /s/ MARGARET A. MAHONEY
                                       U. S. Bankruptcy Judge